UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ANNE KELLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:23-cv-01802-AB-PD<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d) ("Stipulation"),

**IT IS ORDERED** that EAJA fees are awarded in the amount of eleven thousand seven hundred fifty dollars [$11,750.00], plus $405.00 costs and expenses, subject to the terms of the Stipulation.

**IT IS ORDERED** that EAJA fees are awarded to Plaintiff in the amount of eleven thousand seven hundred fifty dollars [$11,750.00], plus $405.00 costs and expenses, subject to any federal debt owed by the Plaintiff.

If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall cause the payment of fees be made directly to Eddy Pierre Pierre and/or Pierre Pierre Law, P.C., pursuant to the Assignment executed by Plaintiff.

Any payments made shall be delivered to Plaintiff's counsel.

**IT IS SO ORDERED**.

Dated:  January 8, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2